# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL R. KING, #161847**                                                                **PLAINTIFF**

**v.**                                    **4:20CV00345-BRW-JTK**

**SMITH, et al.**                                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order today, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of May, 2020.

Billy Roy Wilson_____<br>
UNITED STATES DISTRICT JUDGE